

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00276-CR

Brittany Marie **NELSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 342742
Honorable Timothy Johnson, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 25, 2014.

_____
Patricia O. Alvarez, Justice